# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BADGLEY; JULIETA BADGLEY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF NEW YORK MELLON, NA as trustee for a yet to be identified REMIC trust; LITTON LOAN SERVICING LP, a Delaware Limited Partnership; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; QUALITY LOAN SERVICE INC, a California corporation; and DOES 1 -100, inclusive, <br><br> Defendants. | Case No.: 12-cv-03470 JAK (JCJx) <br><br> Hon. John A. Kronstadt <br><br><br> **JUDGMENT** <br><br> **JS-6** <br><br><br> Complaint Filed: April 26, 2012 <br> Trial Date:  May 21, 2013 |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On October 1, 2012, at 8:30 a.m., in Courtroom 750 of the above entitled court located at 255 East Temple Street, Los Angeles, CA 90012, the Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss") filed by Defendants Bank of New York Mellon F/K/A The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1 (erroneously sued as "Bank of New York Mellon, NA as trustee for a yet to be identified REMIC trust"); Ocwen Loan Servicing, LLC and Litton Loan Servicing LP (collectively

1  "Defendants") came on regularly for hearing. All appearances were made as
2  noted on the record. At the hearing the matter was taken under submission.
3        On April 12, 2013, the Court, having considered the Motion to Dismiss and
4  all pleadings, supporting papers and argument submitted in support of and in
5  opposition to the Motion to Dismiss, granted the Motion to Dismiss with
6  prejudice, *i.e.*, without leave to amend. Accordingly, it is hereby ORDERED that
7  JUDGMENT is entered in favor of Defendants and against Plaintiffs Michael
8  Badgley and Julieta Badgley on all claims.
9        The complaint was filed on April 20, 2012 , in which Quality Loan Service,
10 Inc. ("QLS"), was named as a Defendant. QLS was also named in the First and
11 Second Amended Complaints. Dkt. 21, 36. Plaintiff failed to file a proof of
12 service as to QLS within 120 days after the filing of the Complaint pursuant to
13 Fed.R.Civ.P.4(m). An action may be dismissed if the Plaintiff fails to prosecute it
14 diligently. Therefore QLS is dismissed with prejudice for Plaintiff's failure to
15 prosecute.
16       It is hereby ordered that this action is DISMISSED WITH PREJUDICE.

Dated: May 2, 2013

Hon. John A. Kronstadt
United Stated District Court
Central District of California

**JUDGMENT FOR DEFENDANTS**
2